830

No. 00–9185. BEN-YISRAYL v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 00–9191. DULANTO-ANCAYA v. ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–9243. DIBBLE v. ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 00–9245. PURCELL ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–9257. CARR v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–9273. RHUDY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–9288. CARRASCO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–9290. BELL v. BECK, SECRETARY, NORTH CAROLINA DEPARTMENT OF CORRECTION. C. A. 4th Cir. Certiorari denied.

No. 00–9293. WHITTINGHAM v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–9299. FOLKS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–9304. BOOKER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–9349. TRAVERS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–9361. ADAMS v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 00–9373. GERROW, AKA BROWN v. UNITED STATES; and
No. 00–10071. FORRESTER v. UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 232 F. 3d 831.

No. 00–9375. GREEN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.